**ROCKARD J. DELGADILLO,** City Attorney (SBN 125465x)
**MICHAEL L. CLAESSENS,** Senior Assistant City Attorney
**CORY M. BRENTE,** Assistant City Attorney
**SUREKHA A. PESSIS,** Deputy City Attorney (SBN #193206)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7036
Fax No.: (213) 978-8785
E-Mail: *Surekha.Pessis@lacity.org*

O

JS - 6

Attorneys for Defendants:  CITY OF LOS ANGELES, WILLIAM J. BRATTON, and DAVID GUITERMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PHILLIPS, an individual )<br><br>   *Plaintiff* )<br>  )<br> vs. )<br>  )<br>CHIEF WILLIAM BRATTON, CITY OF )<br>LOS ANGELES, a local public entity, )<br>SERGEANTS BURRUS and MENDEZ, )<br>OFFICERS GUITERMAN, THUSING and )<br>EGUEZ and DOES 1-10 )<br>  )<br>   *Defendants*. )<br>_____ | **Case No. CV 07-00873CAS(VBKx)**<br>*Honorable Christina A. Snyder*<br>Courtroom 5<br><br>~~**[PROPOSED]**~~<br><br>**JUDGMENT AFTER TRIAL BY JURY** |

  This action came on regularly for trial on October 14, 2008, in Courtroom 5 of the United States District Court for the Central District of California before the Honorable Christina A. Snyder, Judge.   Plaintiff BENJAMIN PHILLIPS was represented by John Raphling and Paul Hoffman.  The Defendants, CITY OF LOS ANGELES, WILLIAM J. BRATTON, and DAVID GUITERMAN, were represented by Deputy City Attorney Surekha A. Pessis and Deputy City Attorney Christian R. Bojorquez.

  A jury of eight (8) persons were regularly empaneled and sworn. Witnesses were sworn and testified and documentary evidence was introduced and admitted into

1

evidence.  After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on the issues if, after proper deliberations, they could do so.  The jury deliberated and thereafter returned to the court with their unanimous verdict as follows, to-wit:

## JURY VERDICT

"TITLE OF COURT AND CAUSE"

"WE, THE JURY, in the above-entitled action, unanimously find on the questions presented as follows:

**QUESTION NO. 1:**

Did Plaintiff Benjamin Phillips prove by a preponderance of the evidence that Officer David Guiterman used excessive force against him?

*Answer (check "yes" or "no"):*

Yes _____   No _____

If you answered "No," to Question No. 1, please sign and date the Verdict Form at page 2.

If you answered "Yes," please proceed to Question No. 2.

/ / /
/ / /
/ / /

**QUESTION NO. 2:**

If you find that Officer David Guiterman used excessive force against Plaintiff Benjamin Phillips was officer David Guiterman's conduct malicious, oppressive or in reckless disregard of Plaintiff's rights.?

If you answered "No," please proceed to Page 3 and sign the Verdict Form.

If you answered "Yes," please proceed to Page 3 and sign the Verdict Form.

Yes _____   No _____

**The foreperson is required to sign below once you have reached your unanimous verdict.**

Dated: October ___, 2008          ___[Signed by_____]___
                                                       FOREPERSON OF THE JURY

**JUDGMENT**

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.     That judgment be, and hereby is, entered in favor of the Defendants and against the Plaintiff;

2.     That the Plaintiff shall take nothing;

3.     That the Defendants recover their costs of suit herein.

Dated: October 29, 2008          _____
                                                         CHRISTINA A. SNYDER
                                                         **United States District Judge**

3