| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | CENTRAL DISTRICT OF CALIFORNIA |

| | |
|---|---|
| BENJAMIN PHILLIPS, an individual<br><br>　　　　　*Plaintiff*<br><br>　vs.<br><br>CHIEF WILLIAM BRATTON, CITY OF LOS ANGELES, a local public entity, SERGEANTS BURRUS and MENDEZ, OFFICERS GUITERMAN, THUSING and EGUEZ and DOES 1-10<br><br>　　　　　*Defendants*. | **Case No. CV 07-00873CAS(VBKx)**<br>*Honorable Christina A. Snyder*<br>Courtroom 5<br><br>**[PROPOSED]**<br><br>**"AMENDED" JUDGMENT AFTER TRIAL BY JURY** |

This action came on regularly for trial on October 14, 2008, in Courtroom 5 of the United States District Court for the Central District of California before the Honorable Christina A. Snyder, Judge.   Plaintiff BENJAMIN PHILLIPS was represented by John Raphling and Paul Hoffman.  The Defendants, CITY OF LOS ANGELES, WILLIAM J. BRATTON, and DAVID GUITERMAN, were represented by Deputy City Attorney Surekha A. Pessis and Deputy City Attorney Christian R. Bojorquez.

A jury of eight (8) persons were regularly empaneled and sworn. Witnesses were sworn and testified and documentary evidence was introduced and admitted into evidence.  After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on the issues if, after proper deliberations, they could do so.  The jury deliberated

and thereafter returned to the court with their unanimous verdict as follows, to-wit:

# JURY VERDICT

"TITLE OF COURT AND CAUSE"

"WE, THE JURY, in the above-entitled action, unanimously find on the questions presented as follows:

**QUESTION NO. 1:**

Did Plaintiff Benjamin Phillips prove by a preponderance of the evidence that Officer David Guiterman used excessive force against him?

*Answer (check "yes" or "no")*:

Yes \_\_\_\_\_   No  ✖

If you answered "No," to Question No. 1, please sign and date the Verdict Form at page 2.

If you answered "Yes," please proceed to Question No. 2.

**QUESTION NO. 2:**

If you find that Officer David Guiterman used excessive force against Plaintiff Benjamin Phillips was officer David Guiterman's conduct malicious, oppressive or in reckless disregard of Plaintiff's rights.?

If you answered "No," please proceed to Page 3 and sign the Verdict Form.
If you answered "Yes," please proceed to Page 3 and sign the Verdict Form.

Yes \_\_\_\_\_   No \_\_\_\_\_

**The foreperson is required to sign below once you have reached your unanimous verdict.**

Dated: October ___, 2008                       ____[Signed by_____]____
                                                                FOREPERSON OF THE JURY


**JUDGMENT**

Therefore, ***IT IS HEREBY ORDERED, DECREED AND ADJUDGED*** that judgment on the merits be entered in favor of Defendants CITY OF LOS ANGELES, a local public entity, CHIEF WILLIAM BRATTON, an individual, OFFICERS DAVID BURRUS and DAVID GUITERMAN and against Plaintiff BENJAMIN PHILLIPS; that Plaintiff BENJAMIN PHILLIPS take nothing; and that Defendants CITY OF LOS ANGELES, a local public entity, CHIEF WILLIAM BRATTON, an individual, OFFICERS DAVID BURRUS AND DAVID GUITERMAN be entitled to recover from Plaintiff BENJAMIN PHILLIPS, their costs relating to the defense of this action, per the cost bill in the amount of $_____. (To be determined from the Bill of Costs.)

Dated: November 14, 2008                       _____
                                                                CHRISTINA A. SNYDER
                                                                **United States District Judge**